UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX ROMERO WATSON, JR., | ) | Case No. EDCV 13-586-GW(JC) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| P.D. BRAZELTON, | ) ) | JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court concurs with and accepts the findings, conclusions,

///

---

[1] This Court, in an exercise of its discretion, declines to consider new evidence and arguments presented for the first time in the Objections. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1 and recommendations of the United States Magistrate Judge and overrules the
2 Objections.
3   IT IS ORDERED that the Petition is denied and this action is dismissed
4 with prejudice.
5   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
6 Report and Recommendation, and the Judgment herein on petitioner and counsel
7 for respondent.
8   LET JUDGMENT BE ENTERED ACCORDINGLY.

10   DATED:  April 17, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE