UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX ROMERO WATSON, JR., | ) | Case No. EDCV 13-586-GW(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P.D. BRAZELTON, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 17, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE